UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT GREENE, etc., <br><br> Plaintiff, <br><br> vs. <br><br> ALAN WAXLER GROUP CHARTER SERVICES, LLC, etc. *et al.*, <br><br> Defendant. | 2:09-cv-0748-JCM-RJJ <br><br> **ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Discovery Status Report on September 22, 2010..

IT IS FURTHER ORDERED that the joint Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this   8th   day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge