UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT GREENE, etc., | )<br>) |
| Plaintiffs, | )<br>)      2:09-cv-748-JCM-RJJ |
| vs. | )<br>) |
| ALAN WAXLER GROUP CHARTER SERVICES, LLC, etc., *et al.,* | )<br>) |
| Defendants, | )<br>) |
| SAM BAUM, *et al.*, | )      Consolidated with:<br>)      2:09-cv-914-LDG-PAL |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| ALAN WAXLER, *et al.*, | )<br>) |
| Defendants. | )      O R D E R<br>) |

     This matter is before the Court on a Stipulated Amended Discovery Plan and Scheduling Order (#66).

     The Court having reviewed the Stipulated Amended Discovery Plan and Scheduling Order (#66) finds that it is in reality a stipulation to extend discovery. As such, it fails to comply with Local Rule 26-4. Good cause appearing therefore,

     IT IS HEREBY ORDERED that the Stipulated Amended Discovery Plan and Scheduling Order (#66) is **DENIED.**

     DATED this   8th   day of April, 2011.

                                                                                                                                 */s/ Robert J. Johnston*
                                                                                                   ROBERT J. JOHNSTON
                                                                                                   United States Magistrate Judge