**MOT**
Norman H. Kirshman, Esq.
State Bar Number: 2733
700 South Third Street
Las Vegas, NV 89101
Telephone: (702) 382-5210
Facsimile: (702) 366-0424
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT GREENE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN WAXLER GROUP CHARTER SERVICES, LLC, dba AWG CHARTER SERVICES, a Nevada Limited Liability Company, Does and Roes 1-50, inclusive<br><br>Defendants.<br><br>SAM BAUM, et al,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN WAXLER et al,<br><br>Defendants. | CASE NO.: 2:09-cv-00748-JCM-RJJ<br><br>Consolidated with Case No.:<br>2:09-cv-00914-LDG-PAL<br><br><br>**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT** |

Norman H. Kirshman, P.C., counsel for Defendant, ALAN WAXLER GROUP CHARTER SERVICES, LLC, dba AWG CHARTER SERVICES, hereby moves this Honorable Court to allow him to withdraw as counsel of record for Defendants.

1  This Motion is made and based upon the pleadings and papers on file in this action. Points and Authorities filed herewith and Affidavit of Norman H. Kirshman, attached hereto, together with testimony to be adduced at the time of hearing.

DATED: June 20, 2012.

NORMAN H. KIRSHMAN, P.C.

*[signature]*
Norman H. Kirshman (2733)
700 S. Third St.
Las Vegas, NV 89101
*Attorney for Defendants*

### NOTICE OF MOTION

TO:   All Interested Parties and Their Attorneys of Record:

PLEASE TAKE NOTICE that the undersigned will bring the above and foregoing Motion on for hearing before the above entitled Court on the 2___ day of _____, 2012, at the hour of _____.m., or as soon thereafter as counsel may be heard.

DATED: June 20, 2012.

NORMAN H. KIRSHMAN, P.C.

*[signature]*
Norman H. Kirshman (2733)
700 S. Third St.
Las Vegas, NV 89101
*Attorney for Defendants*

- 2 -

**MEMORANDUM OF POINTS AND AUTHORITIES**

Nevada Supreme Court Rule 46 authorizes an attorney to withdraw "[u]pon order of the court or judge thereof on the application of the attorney or the client." NSCR 46. EDCR 7.40, authorizes an attorney to withdraw in a case. The reasons for the request to withdraw as attorney of record are detailed in the Declaration attached hereto and incorporated herein by reference. Nevada Rules of Professional Conduct 1.16(b)(7) provides that an attorney may withdraw from representation "with good cause."

DATED: June 20, 2012.            NORMAN H. KIRSHMAN, P.C.

_____
Norman H. Kirshman (2733)
700 S. Third St.
Las Vegas, NV 89101
*Attorney for Defendants*

**DECLARATION OF NORMAN H. KIRSHMAN**

I, Norman H. Kirshman, declare as follows:

All parties to the litigation have been apprised of this Motion verbally and were served with copies when the Motion was filed in the Eighth Judicial District Court, prior to the removal to this Court.

The reasons are:

1. Defendant refuses to pay outstanding fees.

2. Defendant is represented by other counsel, Gordon & Silver.

I declare under penalty of perjury under the laws of the State of Nevada that the context of this Declaration is true to the best of my recollections and belief.

Dated: June 20, 2012

SO ORDERED.

_____          _____
U.S. MAGISTRATE JUDGE                Norman H. Kirshman
DATE: JUNE 28, 2012

- 3 -