```
 1  RICK D. ROSKELLEY, ESQ., Bar # 3192
    WENDY MEDURA KRINCEK, ESQ., Bar # 6417
 2  KRISTINA ESCAMILLA GILMORE, ESQ., Bar # 11564
    R. CALDER HUNTINGTON, ESQ., Bar # 11996
 3  LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
 4  Suite 300
    Las Vegas, NV  89169-5937
 5  Telephone:   702.862.8800
    Fax No.:     702.862.8811
 6
    Attorneys for Defendants
 7  ALAN WAXLER GROUP CHARTER SERVICES, LLC, ALAN
    WAXLER GROUP, LLC, ALAN WAXLER GROUP, INC., AWG
 8  CORPORATE EVENTS, LLC, AWG, LTD., AWG
    MANAGEMENT COMPANY, LLC, and ALAN WAXLER
 9
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT GREENE, on behalf of himself and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAN WAXLER GROUP CHARTER SERVICES, LLC d/b/a AWG CHARTER SERVICES, a Nevada Limited Liability Company, Does 1-50, inclusive,<br><br>Defendants. | Case No. 2:09-cv-000748-JCM-~~RJJ~~ NJK<br>consolidated with: 2:09-cv-0914-LDG-PAL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR SUBSTITUTION OF COUNSEL |
| SAM BAUM, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAN WAXLER, et al.,<br><br>Defendants. | Case No. 2:09-cv-00914-LDG-PAL |

Defendants, ALAN WAXLER GROUP CHARTER SERVICES, LLC, ALAN WAXLER GROUP, LLC, ALAN WAXLER GROUP, INC., AWG CORPORATE EVENTS, LLC, AWG, LTD., AWG MANAGEMENT COMPANY, LLC, and ALAN WAXLER hereby substitute Rick D.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

1  Roskelley, Wendy M. Krincek, Kristina Gilmore Escamilla, R. Calder Huntington and the law firm
2  of Littler Mendelson, P.C. as its counsel in this matter in place of Molly M. Rezac, Joel Z. Schwarz,
3  and Michael N. Feder of the law firm of Gordon Silver. There is no trial or hearing date set in this
4  matter.
5      Molly M. Rezac, Joel Z. Schwarz, and Michael N. Feder of the law firm of Gordon Silver
6  hereby agree to the substitution of Rick D. Roskelley, Wendy M. Krincek, Kristina Escamilla
7  Gilmore, and the law firm of Littler Mendelson, P.C. as counsel for Defendants ALAN WAXLER
8  GROUP CHARTER SERVICES, LLC, ALAN WAXLER GROUP, LLC, ALAN WAXLER
9  GROUP, INC., AWG CORPORATE EVENTS, LLC, AWG, LTD., AWG MANAGEMENT
10 COMPANY, LLC, and ALAN WAXLER in the above-captioned matter.
11     The substitution of counsel and retention of counsel for ALAN WAXLER GROUP
12 CHARTER SERVICES, LLC, ALAN WAXLER GROUP, LLC, ALAN WAXLER GROUP, INC.,
13 AWG CORPORATE EVENTS, LLC, AWG, LTD., AWG MANAGEMENT COMPANY, LLC,
14 and ALAN WAXLER is hereby accepted by Rick D. Roskelley, Wendy M. Krincek, Kristina
15 Escamilla Gilmore, R. Calder Huntington and the law firm of Littler Mendelson, P.C.
16     Dated this 30th day of July, 2013.

17 LITTLER MENDELSON, P.C.                        GORDON SILVER

18 /s/ [signature]                                                    /s/ [signature]

19 Rick D. Roskelley, Esq., #3192                  Molly M. Rezac, Esq., #7435
   Wendy M. Krincek, Esq., #6417                Joel Z. Schwarz, Esq., #9181
20 Kristina E. Gilmore, Esq., #11564              Michael N. Feder, Esq., #7332
   3960 Howard Hughes Parkway                 100 W. Liberty Street
21 Suite 300                                                         Suite 940
   Las Vegas, NV 89169                           Reno, NV 89501
22 Tel: 702.862.8800                              Tel: 775.343.7500
23
24
25 (signatures continue on next page)
26
27
28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

| | |
|---|---|
| ALAN WAXLER GROUP CHARTER SERVICES, LLC.<br><br>By: /s/ Alan F. Waxler<br>Print: ALAN F. WAXLER | ALAN WAXLER GROUP, LLC<br><br>By: /s/ Alan F. Waxler<br>Print: ALAN F. WAXLER |
| ALAN WAXLER GROUP, INC.<br><br>By: /s/ Alan F. Waxler<br>Print: ALAN F. WAXLER | AWG CORPORATE EVENTS, LLC.<br><br>By: /s/ Alan F. Waxler<br>Print: ALAN F. WAXLER |
| AWG, LTD<br><br>By: /s/ Alan F. Waxler<br>Print: ALAN F. WAXLER<br><br>/s/ Alan F. Waxler<br>ALAN WAXLER | AWG MANAGEMENT COMPANY, LLC.<br><br>By: /s/ Alan F. Waxler<br>Print: ALAN F. WAXLER |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge
Dated: August 1, 2013

Respectfully submitted,

By: /s/
Rick D. Roskelley, #3192
Wendy M. Krincek, #6147
Kristina E. Gilmore, #11564
R. Calder Huntington, #11996
Littler Mendelson

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.