**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ROBERT GREENE, | ) | |
| Plaintiff(s), | ) | Case No. 2:09-cv-0748-JCM-NJK |
| vs. | ) | ORDER SETTING HEARING |
| ALAN WAXLER GROUP CHARTER SERVICES, LLC, et al., | ) | (Docket No. 149) |
| Defendant(s). | ) | |

    Pending before the Court is Defendants' motion for sanctions. Docket No. 149. The Court hereby **SETS** a hearing on that motion for February 28, 2014, at 11:00 a.m. in Courtroom 3A.

    IT IS SO ORDERED.

    DATED: February 24, 2014

    _____
NANCY J. KOPPE
United States Magistrate Judge