# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT GREENE,

        Plaintiff,

v.

ALAN WAXLER GROUP CHARTER SERVICES, LLC dba AWG CHARTER SERVICES, et al.,

        Defendants.

2:09-CV-748 JCM (NJK)

## ORDER

Presently before the court is defendant Alan Waxler Group Charter Services, LLC's motion, (doc. # 189), for leave to file a reply in support of the defendant's motion to reconsider an order issued by Magistrate Judge Koppe, (doc. # 171).

The defendant states that a reply is warranted in order to address discrete issues and allegations raised in the plaintiff's response.

Good cause appearing, and there being no opposition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Alan Waxler Group Charter Services, LLC's motion for leave to file, (doc. # 189), be, and the same hereby is, GRANTED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHERED ORDERED that the defendant file the reply attached to the motion,
2 (doc. # 189-1), within fourteen (14) days of the entry of this order.
3    DATED June 6, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**