# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT GREENE,

    Plaintiff,

v.

ALAN WAXLER GROUP CHARTER SERVICES, LLC dba AWG CHARTER SERVICES, et al.,

    Defendants.

2:09-CV-748 JCM (NJK)

## ORDER

Presently before the court is a motion *in limine* filed by plaintiffs Robert Greene and Sam Baum, et al. (Doc. # 200). Defendants Alan Waxler Group Charter Services, LLC, Alan Waxler Group, LLC, Alan Waxler Group, Inc., AWG Corporate Events, LLC, and Alan Waxler filed a response in opposition (doc. # 201).

The parties have arrived at a settlement in this matter. As there will be no trial, the motion *in limine* is moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, DECREED that plaintiffs' motion *in limine* (doc. #200) be, and the same hereby is, DENIED as moot.

DATED July 25, 2014.

                                              UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**