RICK D. ROSKELLEY, ESQ., Bar # 3192
WENDY MEDURA KRINCEK, ESQ., Bar # 6417
MONTGOMERY Y. PAEK, ESQ., Bar # 10176
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:         702.862.8811

Attorneys for Defendants
ALAN WAXLER GROUP CHARTER SERVICES, LLC, ALAN WAXLER GROUP, LLC, ALAN WAXLER GROUP, INC., AWG CORPORATE EVENTS, LLC, and ALAN WAXLER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT GREENE, on behalf of himself and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAN WAXLER GROUP CHARTER SERVICES, LLC d/b/a AWG CHARTER SERVICES, a Nevada Limited Liability Company, Does 1-50, inclusive,<br><br>Defendants. | Case No. 2:09-cv-000748-JCM-NJK<br>consolidated with: 2:09-cv-0914-LDG-PAL<br><br>**STIPULATION AND ORDER TO MOVE STATUS CHECK HEARING**<br><br>**(FIRST REQUEST)** |
| SAM BAUM, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAN WAXLER, et al.,<br><br>Defendants. | Case No. 2:09-cv-00914-LDG-PAL |

The parties, hereby by and through their respective counsel of record, stipulate and agree to vacate the date for the Status Check presently scheduled for February 13, 2015, at 10:30 a.m.  The parties would like to reschedule the hearing for Friday, February 27, 2015.  The reason for the rescheduling is to accommodate Defendants' counsel as Wendy M. Krincek, Esq. is scheduled to be

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.

in arbitration and Rick D. Roskelley, Esq. and Montgomery Y. Paek, Esq. are both scheduled to be out of the state on February 13, 2015. Consequently, it is hereby stipulated and agreed, by and between counsel, that the status check be moved as stated above.

This extension is sought in good faith, and not for the purpose of undue delay.

Dated: February 11, 2015
Respectfully submitted,

/s/ Jason J. Kuller, Esq.
JASON J. KULLER, ESQ.
KULLER LAW PC

Attorneys for Plaintiffs

Dated: February 11, 2015
Respectfully submitted,

/s/ Wendy M. Krincek, Esq.
RICK D. ROSKELLEY, ESQ.
WENDY MEDURA KRINCEK, ESQ.
MONTGOMERY Y. PAEK, ESQ.

Attorneys for Defendants

Dated: February 11, 2015
Respectfully submitted,

/s/ Francis Lynch, Esq.
FRANCIS LYNCH, ESQ.
PATRICK KYLE SMITH, ESQ.
LYNCH HOPPER SALZANO & SMITH

Attorneys for Plaintiffs

IT IS SO ORDERED. Status hearing rescheduled for February 27, 2015 at 1:15 PM.

DATED February 12, 2015.

UNITED STATES DISTRICT JUDGE

Firmwide:131652092.1 065207.1006