# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT GREENE, et al.,

        Plaintiffs,

vs.

ALAN WAXLER GROUP CHARTER SERVICES, LLC, et al.,

        Defendants.

**Case No.: 2:09-cv-00748-JCM-NJK**

## ORDER FOR RELEASE OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel shall have until 4:00 p.m. on May 16, 2018 to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If the exhibits are not retrieved by counsel prior to that date, the Clerk is authorized to destroy said exhibits on May 17, 2018.

**DATED** this __25th__ day of April, 2018.      _____
                                                                                      James C. Mahan, U.S. District Judge
                                                                                      United States District Court

**NOTICE TO COUNSEL:** Please sign below to designate a member of your staff or a legal courier service to pick up the exhibits. Please note whether you represent plaintiff or defendant.
I authorize_____ to retrieve *Plaintiff's/Defendants'* exhibits.
                              (name)                                                  (circle one)

Dated:_____      _____
                                                                   Signature of counsel

Plaintiff's exhibits received by: _____ Date:_____

Defendants' exhibits received by: _____ Date:_____